RICHARD GRIMM (SBN 177463)
2391 The Alameda, Suite 200
Santa Clara, CA 95050
Telephone:    (650) 248-5487
Facsimile:     (650) 618-9856
Email: richard@richardgrimm.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BRUCE FELT,**<br><br>**Plaintiff,**<br><br>v.<br><br>**TEN-X, LLC, et al.,**<br><br>**Defendants.** | Case No. 8:17-cv-02166-AG-JDE<br><br>**CONSENT TO AMEND COMPLAINT PURSUANT TO FED. R. CIV. P 15(a)(2)** |

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 15(a)(2) Defendants TEN-X, LLC, Peter Mundheim, Agha S. Khan, and Stone Point Capital, LLC, consent to Plaintiff amending his Complaint. By so doing, Defendants do not waive any defenses or admit any allegation in the amended complaint or that the amended complaint states a claim for relief.  This stipulation excuses Defendants from having to file a responsive pleading to the pending Complaint.  Defendants shall have 30 calendar days to file their responsive pleading to the first amended complaint.

March 9, 2018                                                            Respectfully submitted,

/s/ Richard A. Grimm                                          /s/ Brandon S. Reif
Richard A. Grimm                                              Brandon S. Reif
**Grimm Law Firm**                                            **Reif Law Group, P.C.**
2391 The Alameda, Suite 200                           10250 Constellation Blvd, Suite 100
Santa Clara, CA 95050

CONSENT TO AMEND COMPLAINT PURSUANT TO RULE 15(a)(2)- 1

Telephone: (650) 248-5487
Facsimile: (650) 618-9856
Email:richard@richardgrimm.com

*Counsel for Plaintiff  Bruce Felt*

Los Angeles, CA 90067
Telephone: (310) 494-6500
Email: breif@reiflawgroup.com

Carolyn Hoecker Luedtke
**Munger Tolles & Olson, LLP**
560 Mission Street, 27th Floor
San Francisco, CA  94105
Telephone: (415) 512-4027
Facsimile: (415) 512-4077
Email: Carolyn.Luedtke@mto.com

*Counsel for Defendants*

CONSENT TO AMEND COMPLAINT PURSUANT TO RULE 15(a)(2)- 2

**CERTIFICATE OF SERVICE**

I certify that I caused the attached document to be filed using the Court's CM/ECF system and thereby served on counsel of record.

March 9, 2018

*/s/ Steven M. Oster*
Steven M. Oster