RICHARD A. GRIMM (SBN 177463)
2901 WEST COAST HIGHWAY, SUITE 200
NEWPORT BEACH, CA 92663
650.248.5487 (P) 650.618.9856 (F) richard@richardgrimm.com

Attorney for Plaintiff BRUCE FELT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| BRUCE FELT, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 8:17-cv-02166-AG-JDE |
| v. | |
| TEN-X, LLC, et al., | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

OSTER, STEVEN M.
*Applicant's Name (Last Name, First Name & Middle Initial*

202.596.5291    202.747.5862
*Telephone Number*    *Fax Number*

steve@richardgrimm.copm
*E-Mail Address*

of   OSTER LAW FIRM
1320 19TH STREET, N.W., SUITE 601
WASHINGTON, DC 20036

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

BRUCE FELT

*Name(s) of Party(ies) Represent*    ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

GRIMM, RICHARD A.
*Designee's Name (Last Name, First Name & Middle Initial*

177463    650.248.5487    650.618.9856
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

richard@richardgrimm.com
*E-Mail Address*

of   LAW OFFICE OF RICHARD GRIMM
2901 WEST COAST HIGHWAY
SUITE 200
NEWPORT BEACH, CA 92663

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ ~~be refunded~~ ☒ ~~not be refunded~~.

**Dated: May 2, 2018**

U.S. District Judge Andrew J Guilford

G-64 Order (05/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1