BRANDON S. REIF (State Bar No. 214706)
breif@reiflawgroup.com
JUSTIN S. KIM (State Bar No. 234012)
jkim@reiflawgroup.com
REIF LAW GROUP, P.C.
10250 Constellation Blvd., Suite 100
Los Angeles, CA 90067
Tel: (310) 494-6500

NOTE: CHANGES MADE BY THE COURT

CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
carolyn.luedtke@mto.com
LAUREN C. BARNETT (State Bar No. 304301)
lauren.barnett@mto.com
MUNGER, TOLLES & OLSON, LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel: (415) 512-4027
Fax: (415) 512-4077

Attorneys for Defendant TEN-X, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BRUCE FELT,<br><br>     Plaintiff,<br><br>     vs.<br><br>TEN-X. LLC, fka AUCTION.COM, LLC; PETER MUNDHEIM; AGHA S. KHAN; AND STONE POINT CAPITAL, LLC,<br><br>     Defendants. | Case No. 8:17-CV-02166-AG-JDE<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TEN-X, LLC TO ANSWER THE FIRST AMENDED COMPLAINT**<br><br>Judge:  Hon. Andrew Guilford<br>Crtrm.: 10D<br><br>Current Response Date:<br>July 5, 2018<br><br>New Response Date:<br>August 10, 2018 |

1 THE COURT having reviewed and considered the stipulation of the parties,
2 and good cause appearing, rules as follows:
3 Defendant Ten-X, LLC shall file its Answer to the First Amended Complaint
4 no later than August 10, 2018.
5 **NO FURTHER CONTINUANES WILL BE GRANTED WITHOUT A**
6 **FURTHER VERY STRONG SHOWING OF GOOD CAUSE.**

8 SO ORDERED.

10 Dated: July 5, 2018

Honorable Andrew J. Guilford
United States District Court Judge

Case No. 8:17-CV-02166-AG-JDE

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR
TEN-X TO ANSWER THE FIRST AMENDED COMPLAINT