Name and address:
Richard A. Grimm
Law Offices of Richard A. Grimm
2901 West Coast Highway
Suite 200
Newport Beach, CA 92663

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| BRUCE FELT | CASE NUMBER |
|---|---|
| Plaintiff(s), | 8:17-cv-02166-AG-JDE |
| v. | |
| TEN-X, et al. | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s), | |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's CM/ECF System ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $400 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $400 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Dean, John P
*Applicant's Name (Last Name, First Name & Middle Initial)*              check here if federal government attorney ☐

c/o Oster McBride
*Firm/Agency Name*

1320 19th Street, NW          202-725-8110                  202.747.5862
                              *Telephone Number*            *Fax Number*
Suite 600
*Street Address*

Washington, DC 20036                        johndean8@aol.com
*City, State, Zip Code*                     *E-mail Address*

**I have been retained to represent the following parties:**

| Bruce Felt | ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____ |
|---|---|
| | ☐ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____ |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| New York Appellate Division, 1st Department | 2/4/1980 | Yes |
| District of Columbia Court of Appeals | 6/24/1982 | Yes |
| Supreme Court of the United States | 6/20/1983 | Yes |

G-64 (11/18)         APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*         Page 1 of 3

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| None | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Has the applicant previously registered as a CM/ECF user in the Central District of California?  ☐ Yes  ☒ No

If yes, was the applicant's CM/ECF User account associated with the e-mail address provided above?  ☐ Yes  ☒ No

*Previous E-mail Used (if applicable)*

*Attorneys must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case.*

**SECTION II - CERTIFICATION**

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated February 4, 2019

John P. Dean
*Applicant's Name (please type or print)*

*[signature]*
*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Grimm, Richard A.
*Designee's Name (Last Name, First Name & Middle Initial)*

Law Offices of Richard A. Grimm
*Firm/Agency Name*

2901 West Coast Highway
Suite 200
*Street Address*

Newport Beach, CA 92663
*City, State, Zip Code*

650 248 5487
*Telephone Number*

richard@richardgrimm.com
*E-mail Address*

177463
*Designee's California State Bar Number*

650 618 9856
*Fax Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law.

Dated February 5, 2019

Richard A. Grimm
*Designee's Name (please type or print)*

*[signature]*
*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Other courts to which I have been admitted:

United States Court of Appeals for the District of Columbia Circuit (active; admitted 1982).

United States District Court for the District of Columbia (not active) I was admitted in the mid-1980s and remained a member in good standing through 2000. At that time, I accepted a position as an Administrative Law Judge and was forbidden to practice law. I retired from that position in 2016 and recently discovered that I am no longer an active member because, at some point, I did not pay a registration fee. I am now taking steps to renew my membership.

I have been admitted to the bars of several additional federal courts, including the United States Courts of Appeals for the Second, Third, Fourth, Sixth, Ninth, Eleventh, and Federal Circuits, and the United States District Courts for the Southern and Eastern Districts of New York, the District of Maryland, and the Northern District of California. These admissions occurred in the 1980s and 1990s, while I was practicing law. I was never disciplined by any of those courts and remained in good standing through 2000. It may be, however, that my membership in some of those bars was suspended for failure to maintain my membership and pay a fee while I served as an ALJ. Except for the Southern District of New York, I have no present plans to practice before any of those courts and have not taken steps to comply with any registration requirements. I am in good standing in the Southern District of New York, and also in the Northern District of California, where I participated in a case in 2017.

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## JOHN PATRICK DEAN

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **February 4, 1980**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**January 29, 2019**

1986

_____
Clerk of the Court



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that



*John P Dean*

was duly qualified and admitted on **June 24, 1982** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 23, 2019.

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

**CERTIFICATE OF SERVICE**

I certify that the attached Motion was filed using the Court's CM/ECF system and thereby served on all counsel of record. In addition, courtesy copies were served by electronic mail on Defendants' counsel as follows:

BRANDON S. REIF
breif@reiflawgroup.com

CAROLYN H. LUEDTKE
Carolyn.Luedtke@mto.com

February 5, 2019                    **/s/ Richard A. Grimm**
                                    Richard A. Grimm

MOTION FOR EXTENSION TO RESPOND TO MOTION TO DISMISS - 4