1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BRUCE FELT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TEN-X, LLC, fka AUCTION.COM, LLC,<br><br>　　　　Defendant. | Case No. 8:17-CV-02166-AG-JDE<br><br>**JOINT STIPULATION REQUESTING A CONTINUANCE OF THE SUMMARY JUDGMENT SCHEDULE**<br><br>Judge: Hon. Andrew Guilford<br>Crtrm.: 10D |

**PLEASE TAKE NOTICE** that Plaintiff Bruce Felt ("Plaintiff") and Defendant Ten-X, LLC (the "Company") submit this Joint Stipulation requesting an order amending the Court's Scheduling Order to continue by estimated twenty-one days the summary judgment or summary adjudication ("summary judgment") schedule.

Good cause exists for the relief sought:

1. This is the first request for an extension of the summary judgment schedule.

2. The parties are on track to complete fact discovery by April 3, 2019.

3. The parties have agreed to pursue mediation with the goal of pursuing a mutual and global settlement of this case. On March 8, 2019, the parties and their respective attorneys had an in-person meeting and agreed to hire Mediator Jill Sperber at Judicate West. Ms. Sperber's availability, after cross-referencing the parties' schedules, is March 19, 2019.

4. Under the Court's Scheduling Order, motions for summary judgment must be filed by March 25, 2019. In order for the parties to focus their efforts on the mediation and to avoid potentially unnecessary preparing of summary judgment motions, the parties jointly request this continuance. Therefore, the parties jointly request a 14-day extension of time to file, brief and schedule the hearing on motions for summary judgment.

5. No other deadlines under the Scheduling Order, including the trial date, would be affected by this request.

6. If this request is approved, the new summary judgment schedule would be:

|  | Current Schedule | Requested Schedule |
| --- | --- | --- |
| Motion Filing Date | March 25, 2019 | April 8, 2019 |
| Motion Opposition Date | April 1, 2019 | April 15, 2019 |
| Motion Reply Date | April 8, 2019 | April 22, 2019 |

| Motion Hearing Date | April 22, 2019 | May 6, 2019 |

7. The parties have agreed to use the additional time productively to discuss settlement, mediation, summary judgment issues and pre-trial events.

This stipulation is made pursuant to Local Rule of Court 7-1.

IT IS SO STIPULATED.

DATED: March 11, 2019          LAW OFFICE OF RICHARD A. GRIMM

                               By: */s/ Steve Oster*
                                   RICHARD A. GRIMM
                                   STEVE OSTER
                               Attorney for BRUCE FELT

DATED: March 11, 2019          REIF LAW GROUP, P.C.

                               By: */s/ Brandon S. Reif*
                                   BRANDON S. REIF
                               Attorneys for TEN-X. LLC

DATED: March 11, 2019          MUNGER, TOLLES & OLSON LLP

                               By: */s/ Carolyn H. Luedtke*
                                   CAROLYN H. LUEDTKE
                               Attorneys for TEN-X. LLC

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), the filing attorney certifies that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.