UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| BRUCE FELT,<br><br>    Plaintiff,<br><br>vs.<br><br>TEN-X. LLC, fka AUCTION.COM, LLC; PETER MUNDHEIM; AGHA S. KHAN; and STONE POINT CAPITAL, LLC;<br><br>    Defendants. | Case No. 8:17-CV-02166-AG-JDE<br><br>**ORDER DISMISSING ACTION** |

On May 23, 2019, Plaintiff notified the Court that the parties had executed a global settlement of this action and filed a request for voluntary dismissal of this action with prejudice.

THE COURT, having reviewed and considered Plaintiff's request, rules as follows:

This action is DISMISSED WITH PREJUDICE in its entirety. All claims and all Defendants (Ten-X, LLC fka Auction.com, LLC; Peter Mundheim; Agha S. Khan; and Stone Point Capital, LLC) are dismissed from this action with prejudice. Each side shall bear its own fees and costs.

**IT IS SO ORDERED.**

DATED: May 24, 2019

_____
Hon. Andrew J. Guilford
United States District Judge

41639813.1

ORDER